NO. **729-15**

IN THE COURT OF CRIMINAL

APPEAL OF TEXAS

*Grant.*
*Cheryl Johnson*
*6/2/15*

JAMES A. BROWN

V.

THE STATE OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 18 2015

Abel Acosta, Clerk

ON PETITION FOR REVIEW FROM

THE THIRD COURT OF APPEALS

TEXAS, AUSTIN, TRAVIS

NO. 03-13-00760-CR

FILED IN
COURT OF CRIMINAL APPEALS

JUN 18 2015

Abel Acosta, Clerk

APPEALED FROM THE 331st DISTRICT OF

TRAVIS COUNTY BEFORE JUSTICES PURYEAR,

PEMBERTON, AND BOURLAND

AFFIRMED -- OPINION BY JUSTICE PURYEAR

PRO SE MOTION TO PERMIT A LONGER
PETITION

TO THE HONORABLE JUSTICES OF THE SUPREME COURT OF ~~THE~~
TEXAS:

COMES NOW JAMES BROWN, PETITIONER IN THE ABOVE-
ENTITLED AND NUMBERED CAUSE, AND MOVES THE COURT TO
EXERCISE ITS DISCRETION TO PERMIT THE LENGTH OF THE
PETITION TO 30 PAGES, AND IN SUPPORT OF THIS MOTION
SHOWS THE FOLLOWING WILL AID THIS COURTS CONSIDERATION
IN THE INTEREST OF JUSTICE TO PREVENT THE MISCARRIAGE
THEREOF WHEN THE:

(1).

I. PETITIONER IS ACTING PRO SE AND IS HANDWRITING HIS PETITION IN ALL CAPITAL LETTERING. HE SPACES THE SENTENCES 1/4 INCH APART AND A 1/4 INCH FROM THE BOARDERS.

II. COURT OF APPEALS HAS DECIDED AN IMPORTANT QUESTION OF STATE OR FEDERAL LAW IN A WAY THAT CONFLICTS WITH THE APPLICABLE DECISION OF THE COURT OF CRIMINAL APPEALS OR THE SUPREME COURT OF THE UNITED STATES.

III. TRIAL COURT MADE AN ERROR OF LAW THAT PREVENTED THE PETITIONER FROM PROPERLY PRESENTING THE CASE TO THE APPELLATE COURTS

IV. COURT OF APPEAL' DECISION CONFLICTS WITH ANOTHER COURT OF APPEALS' DECISION ON THE SAME ISSUE

V. JUSTICES OF THE COURT OF APPEALS HAVE DISAGREED ON MATERIAL QUESTION OF LAW NECESSARY TO THE COURT'S DECISION

VI. TRIAL COURT MADE AN ERROR OF LAW THAT CAUSED THE REDITION OF AN IMPROPER JUDGMENT

VII. PETITIONER IS ACTUALLY INNOCENT OF THE OFFENSE AGAINST HIM BY MORE THAN MERE SPECULATION AND ITS IN THE INTEREST OF JUSTICE TO PREVENT THE MISCARRAIGE OF JUSTICE, THAT HE IS ABLE TO DISCRIBE LAW AND FACTS.

PRAYER

WHEREFORE PETITIONER PRAYS THE COURT PERMIT THE LENGTH OF THE PETITION TO 30 PAGES AND ALLOW HIM TO DEMONSTRATE CLAIMS PROPERLY.

(2)

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY THAT ON THIS __15__ DAY OF JUNE, 2015 A COPY OF THE FOREGOING DOCUMENT WAS MAILED BY DELIVERING IT TO ~~PRISON~~ PRISON OFFICIAL FOR MAILING, PLACING IT IN A UNITED STATES POSTAL DEPOSITORY UNIT WITH POSTAGE PREPAID TO THE U.S. POSTAL SERVICE, TO THE COURT OF CRIMINAL APPEALS P.O. BOX 12308, CAPITOL STATION, AUSTIN, TX 78711, CLERK ABEL ACOSTA.

_(signature)_

(3)